Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-02326 MGW  
**Case Name:** STEPHENS, JAMES  
              STEPHENS, LISA JOAN  
**Period Ending:** 09/30/13

**Trustee:** (290039)  RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 02/26/13 (f)  
**§341(a) Meeting Date:** 03/29/13  
**Claims Bar Date:** 07/08/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property located at: 1237 Mazarion, Port Ri<br>Imported from original petition Doc# 1 | 150,129.00 | 0.00 | | 0.00 | FA |
| 2 | Mid Florida Bank checking account XXXX3905<br>Imported from original petition Doc# 1 | 956.00 | 0.00 | | 0.00 | FA |
| 3 | Mid Florida savings account XXXX3905<br>Imported from original petition Doc# 1 | 15.08 | 0.00 | | 0.00 | FA |
| 4 | WestCoast Federal Credit Union checking account<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Progress Energy security deposit<br>Imported from original petition Doc# 1 | 130.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings located a debtor<br>Imported from original petition Doc# 1 | 675.00 | 0.00 | | 0.00 | 4,265.00 |
| 7 | personal clothing<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | 300.00 |
| 8 | wedding ring<br>Imported from original petition Doc# 1  (See Footnote) | 25.00 | 0.00 | | 0.00 | 310.00 |
| 9 | life insurance on son State Farm Policy LF-2635-<br>Imported from original petition Doc# 1 | 1,080.89 | 0.00 | | 0.00 | FA |
| 10 | 2002 Jeep Liberty Std. Equip.<br>Imported from original petition Doc# 1 | 2,150.00 | 50.00 | | 0.00 | FA |

Printed: 10/15/2013 02:24 PM    V.13.13

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-02326 MGW  
**Case Name:** STEPHENS, JAMES  
STEPHENS, LISA JOAN  
**Period Ending:** 09/30/13

**Trustee:** (290039)  RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 02/26/13 (f)  
**§341(a) Meeting Date:** 03/29/13  
**Claims Bar Date:** 07/08/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 2003 Toyota Echo Std. Equip.<br>Imported from original petition Doc# 1 | 2,100.00 | 1,130.00 | | 0.00 | 4,500.00 |
| 11 | **Assets** **Totals** (Excluding unknown values) | **$157,860.97** | **$1,180.00** | | **$0.00** | **$9,375.00** |

RE PROP# 8    investigating the value of the ring

**Major Activities Affecting Case Closing:**

09/30/13: no follow up from DA. CAll to DA: spoke with Lynne. She states that DW is ill and it has affected their ability to deal with these issues. Drafted, filed and served motion for turnover.

09/04/13: order approving payment to Appraiser entered. No word from DA. Call to DA's office: s/w Lynne she is going to follow up with the Debtors.

08/29/13: submit app to pay appraiser: T8292013152347

08/26/13: filed app to employ appraiser and order: T826201316220. Email to DA about surrender or buy back on non exempt personal property.

07/13/13: appraisal in.

06/19/13: contact wtih appraiser and DA, appraisal is being set up. Request for collisiopn insurance on Toyota.

04/18/13: drafted and filed M/2004 exam of Debtors.

04/16/13: auctioneer advises that car would auction for $4k -$5k

04/05/13: auctioneer advises that Debtors stopped by , appraisal coming. Auctoineer also advises that the Debtors had more personal preoprty with them, claimed to have other undisclosed assets and asked about selling them. Emailed DA re: same. Hire LNDB: Y1J82Y4L2R

04/01/13: Debtors getting their car appraised.

The non exempt property totaling $7,655.00. Need to pay the Appraiser.

Printed: 10/15/2013 02:24 PM    V.13.13

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:13-BK-02326 MGW | **Trustee:** (290039) RICHARD M. DAUVAL |
| **Case Name:** STEPHENS, JAMES | **Filed (f) or Converted (c):** 02/26/13 (f) |
| STEPHENS, LISA JOAN | **§341(a) Meeting Date:** 03/29/13 |
| **Period Ending:** 09/30/13 | **Claims Bar Date:** 07/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** May 15, 2014          **Current Projected Date Of Final Report (TFR):** May 15, 2014